Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Century Air Solutions, LLC |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4  5 – 2  1  7  3  8  9  8 |

**4. Debtor's address**

**Principal place of business**

11709 Boudreaux Road Ste. 630
Number        Street

Tomball, TX 77375
City                              State      ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | https://centuryairsolutions.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    <u>Century Air Solutions, LLC</u>                Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See [http://www.uscourts.gov/four-digit-national-association-naics-codes](http://www.uscourts.gov/four-digit-national-association-naics-codes) .

     <u>8   1   1   3</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
                           MM / DD / YYYY
           District _____ When _____ Case number _____
                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
          District _____ When _____
                                    MM / DD / YYYY
          Case number, if known _____

| Debtor | Century Air Solutions, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49        ☐ 50-99        ☐ 1,000-5,000        ☐ 5,001-10,000        ☐ 25,001-50,000        ☐ 50,000-100,000

☐ 100-199        ☐ 200-999        ☐ 10,001-25,000        ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000        ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion

☐ $50,001-$100,000        ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000        ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion

☑ $500,001-$1 million        ☐ $100,000,001-$500 million        ☐ More than $50 billion

| Debtor | Century Air Solutions, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/17/2023
             MM/ DD/ YYYY

X  /s/ Phat Bui                                      Phat Bui
Signature of authorized representative of debtor     Printed name

Title            Manager

**18. Signature of attorney**

X            /s/ Robert C Lane                    Date  08/17/2023
Signature of attorney for debtor                        MM/ DD/ YYYY

Robert C Lane
Printed name

The Lane Law Firm
Firm name

6200 Savoy Dr Ste 1150
Number         Street

Houston                                    TX        77036-3369
City                                       State     ZIP Code

(713) 595-8200                             notifications@lanelaw.com
Contact phone                              Email address

24046263                                   TX
Bar number                                 State

Fill in this information to identify the case:

Debtor name _____ Century Air Solutions, LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Capital One Bank** | **Checking account** | **1585** | **$15,601.18** |

**Additional Page Total** - *See continuation page for additional entries* | **$175.49**

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$15,776.67**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1 **Warehouse Deposit** | **$6,000.00** |
   |---|---|

Debtor      **Century Air Solutions, LLC**                                                    Case number *(if known)* _____
            Name

---

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.** **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$6,000.00**

---

**Part 3:**  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11.** **Accounts Receivable**

| 11a. 90 days old or less: | **$15,242.60** | − | **$0.00** | = ......➔ | **$15,242.60** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$261,724.07** | − | **$0.00** | = ......➔ | **$261,724.07** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    **$276,966.67**

---

**Part 4:**  Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                    % of ownership:

**None**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 2

| Debtor | **Century Air Solutions, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

None

17.  **Total of Part 4**
     Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                    $0.00

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Parts/materials | 02/22/2023 <br> MM / DD / YYYY | (Unknown) | Fair Market Value | $36,825.00 |

20. **Work in progress**
    None

21. **Finished goods, including goods held for resale**
    None

22. **Other inventory or supplies**
    None

23. **Total of Part 5**
    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                    $36,825.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

Debtor    **Century Air Solutions, LLC**
          Name                                                              Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

28. **Crops — either planted or harvested**

    **None**

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

30. **Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

31. **Farm and fishing supplies, chemicals, and feed**

    **None**

32. **Other farming and fishing-related property not already listed in Part 6**

    **None**

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.                                      $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

Debtor    **Century Air Solutions, LLC**

Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 **Desks (2)** | (Unknown) | | $100.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $375.00 |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Refrigerator** | (Unknown) | | $200.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $1,050.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $1,725.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2021 Chevrolet Express G3500** / VIN: 6951 Box Truck | (Unknown) | Fair Market Value | $23,450.00 |

Debtor      **Century Air Solutions, LLC**                                    Case number *(if known)* _____
            Name

---

| 47.2 **2017 Dodge Ram ProMaster 2500 / VIN: 5176** | **(Unknown)** | Fair Market Value | **$20,400.00** |
| 47.3 **2006 Toyota Tundra / VIN: 5210** | **(Unknown)** | Fair Market Value | **$6,700.00** |

**Additional Page Total** - *See continuation page for additional entries*                   **$52,000.00**

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   **None**

**49.** **Aircraft and accessories**

   **None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   **None**

**51.** **Total of Part 8**
   Add lines 47 through 50. Copy the total to line 87.                          **$102,550.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 9:** Real Property

---

**54.** **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

   **None**

**56.** **Total of Part 9**
   Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          **$0.00**

---

Debtor    **Century Air Solutions, LLC**                                    Case number *(if known)* _____
          Name

---

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**  Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **None** | | | |
| **61.** **Internet domain names and websites** | | | |
| 61.1 **https://centuryairsolutions.com** | (Unknown) | Fair Market Value | $1.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **None** | | | |
| **65.** **Goodwill** | | | |
| **None** | | | |

**66.** **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                    $1.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

---

Debtor     __Century Air Solutions, LLC__                                    Case number *(if known)* _____
                  Name

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 __Royal American Construction Company, Inc.__                                                      $83,318.00

Nature of Claim     __Breach of contract: recovery/enforcement__

Amount Requested     __(Unknown)__

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                                      $83,318.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **Century Air Solutions, LLC**
Name

Case number *(if known)* _____

---

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $15,776.67 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $6,000.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $276,966.67 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $36,825.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $1,725.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $102,550.00 | |
| **88. Real property.** *Copy line 56, Part 9.*............................................. | → | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $83,318.00 | |
| **91. Total.** Add lines 80 through 90 for each column...... 91a. | $523,162.34 | + 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................ | | $523,162.34 |

Debtor    **Century Air Solutions, LLC**                                       Case number *(if known)* _____
          Name

## ▮ Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **Community Stellar Bank** | **Checking account** | **5568** | **$40.66** |
| 3.3 **Community Stellar Bank (Payroll)** | **Checking account** | **1157** | **$134.83** |
| 3.4 **Chase Bank** | **Checking account** | **5251** | **(Unknown)** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture - *Continued*** | | | |
| 39.2 **Office Chairs (4)** | **(Unknown)** | | **$125.00** |
| 39.3 **Filing Cabinets (6)** | **(Unknown)** | | **$250.00** |
| **41.** **Office equipment - *Continued*** | | | |
| 41.2 **Microwave** | **(Unknown)** | | **$20.00** |
| 41.3 **Keruig Coffee Machine** | **(Unknown)** | | **$30.00** |
| 41.4 **Water Dispenser** | **(Unknown)** | | **$150.00** |
| 41.5 **HP Printer** | **(Unknown)** | | **$100.00** |
| 41.6 **HP Computer** | **(Unknown)** | **Fair Market Value** | **$750.00** |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles - *Continued*** | | | |
| 47.4 **2018 Nissan NV 2500 S / VIN: 4737** | **(Unknown)** | **Fair Market Value** | **$21,000.00** |
| 47.5 **2021 Nissan NV 2500 / VIN: 6871** | **(Unknown)** | **Fair Market Value** | **$31,000.00** |

Fill in this information to identify the case:

Debtor name __Century Air Solutions, LLC__

United States Bankruptcy Court for the: ____Southern____ District of ____Texas____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1 Creditor's name**
Community Bank of Texas

**Creditor's mailing address**
5999 Delaware St

Beaumont, TX 77706-7607

**Creditor's email address, if known**

**Date debt was incurred** November 5, 2021

**Last 4 digits of account number** 1 7 5 2

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
2021 Chevrolet Express G3500

**Describe the lien**
2021 Chevy G350 Van

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $40,911.94 | $23,450.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $535,530.16

| Debtor | Century Air Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 1:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.2  Creditor's name**

Community Bank of Texas

**Creditor's mailing address**

5999 Delaware St

Beaumont, TX 77706-7607

**Creditor's email address, if known**

_____

| **Date debt was incurred** | May 11, 2021 |
|---|---|
| **Last 4 digits of account number** | 1  2  9  5 |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

SBA Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $25,923.38 | unknown |
|---|---|

Debtor    Century Air Solutions, LLC                                          Case number (if known) _____
         _____
         Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

Community Bank of Texas

**Creditor's mailing address**

5999 Delaware St

Beaumont, TX 77706-7607

**Creditor's email address, if known**

_____

**Date debt was incurred**    May 11, 2021

**Last 4 digits of account number**    1  2  9  6

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Business Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$431,926.82          unknown

| Debtor | Century Air Solutions, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

Nissan Motor Acceptance Corp.

**Creditor's mailing address**

Bankruptcy Dept.

PO Box 660366

Dallas, TX 75266-9620

**Creditor's email address, if known**

**Date debt was incurred**   March 2019

**Last 4 digits of account number**   0 0 0 1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Nissan NV 2500 S                    $6,060.87          $21,000.00

**Describe the lien**

2018 Nissan NV Cargo Van

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor   Century Air Solutions, LLC

Case number (if known) _____

Name

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.5** **Creditor's name**

Nissan Motor Acceptance Corp.

**Creditor's mailing address**

Bankruptcy Dept.

PO Box 660366

Dallas, TX 75266-9620

**Creditor's email address, if known**

_____

**Date debt was incurred**        October 20, 2021

**Last 4 digits of account number**        0  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Nissan NV 2500

**Describe the lien**

2021 Nissan NV 2500

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $30,707.15 | $31,000.00 |

---

Fill in this information to identify the case:

Debtor name _____ Century Air Solutions, LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | $33,215.33 | $33,215.33 |
| | **Internal Revenue Service** | | |
| | **P.O. Box 7346** | | |
| | **Philadelphia, PA 19101-7346** | | |

**2.1**

**Priority creditor's name and mailing address**

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia, PA 19101-7346**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Payroll Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$33,215.33**

Priority amount: **$33,215.33**

**2.2**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  **Century Air Solutions, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**American Express**

**Bankruptcy Unit**

**PO Box 297817**

**Fort Lauderdale, FL 33329-7817**

Date or dates debt was incurred _____

Last 4 digits of account number    **1   0   0   8**

Remarks: Blue Business Card

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$11,254.11

**3.2** Nonpriority creditor's name and mailing address

**Capital One Spark Card**

**P.O. Box 60519**

**City of Industry, CA 91716**

Date or dates debt was incurred _____

Last 4 digits of account number    **1   4   2   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$11,156.27

**3.3** Nonpriority creditor's name and mailing address

**Carrier Enterprises LLC**

**PO Box 730307**

**Dallas, TX 75373**

Date or dates debt was incurred    **May 2023**

Last 4 digits of account number    **0   6   1   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor or Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$29,729.44

**3.4** Nonpriority creditor's name and mailing address

**Chase Ink Credit Card**

**P.O. Box 6294**

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number    **5   7   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$35,504.95

| Debtor | **Century Air Solutions, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Chase Ink Credit Card**

**PO Box 6294**

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number   5   4   3   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$34,046.76

---

**3.6** Nonpriority creditor's name and mailing address

**Daikin Comfort Technologies**

**PO Box 660503**

**Dallas, TX 75266**

Date or dates debt was incurred   January 2023

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Vendor or Supplier

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$23,897.67

---

**3.7** Nonpriority creditor's name and mailing address

**Ferguson Enterprises LLC**

**PO Box 847411**

**Dallas, TX 75284**

Date or dates debt was incurred   January 2023

Last 4 digits of account number   8   3   1   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor or Supplier

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,646.26

---

**3.8** Nonpriority creditor's name and mailing address

**iHeartMedia Inc.**

**20880 Stone Oak Parkway**

**San Antonio, TX 78258**

Date or dates debt was incurred   February 2023

Last 4 digits of account number   7   8   0   1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$19,391.87

---

Debtor    **Century Air Solutions, LLC**
          Name

Case number *(if known)*

---

| Part 2: | Additional Page |

---

**3.9** Nonpriority creditor's name and mailing address

Jackson Supply Co.

6655 Roxburgh Dr. Suite #100

Houston, TX 77041

Date or dates debt was incurred    **March 2023**

Last 4 digits of account number    **2   8   6   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Vendor or Supplier**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$58,746.76**

---

**3.10** Nonpriority creditor's name and mailing address

Lennox International, Inc.

2100 Lake Park Blvd.

Richardson, TX 75080

Date or dates debt was incurred    **April 2023**

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor or Supplier**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$728.17**

---

**3.11** Nonpriority creditor's name and mailing address

Robert Madden Industries, LTD

6021 43rd Street

Lubbock, TX 79407

Date or dates debt was incurred    **May 2022**

Last 4 digits of account number    **2   2   9   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Vendor or Supplier**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$91,484.07**

---

**3.12** Nonpriority creditor's name and mailing address

Standard Supply & Distributing Co. Inc

1431 Regal Row

Dallas, TX 75247

Date or dates debt was incurred    **May 2023**

Last 4 digits of account number    **7   4   6   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor or Supplier**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25,952.38**

---

Debtor      **Century Air Solutions, LLC**                                    Case number *(if known)* _____
            Name

---

### Part 2:  Additional Page

| | |
|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** |

**Wex Bank**

**P.O. Box 4337**

**Carol Stream, IL 60197**

Date or dates debt was incurred  _____

Last 4 digits of account number   **5** **0** **-** **3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,332.10

---

| | |
|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** |

**Winsupply of Houston**

**8708 W Little York Rd**

**Houston, TX 77040**

Date or dates debt was incurred   May 2023

Last 4 digits of account number   **1** **2** **9** **4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Vendor or Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

$188,697.12

---

| Debtor | **Century Air Solutions, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barnett & Garcia**<br>**3821 Juniper Trace Suite 108**<br>**Austin, TX 78738** | Line **3.7**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 | **Diab Law Firm, PLLC**<br>**12 Greenway Plz Ste 1100**<br>**Houston, TX 77046** | Line **3.11**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 | **Diab Law Firm, PLLC**<br>**12 Greenway Plz Ste 1100**<br>**Houston, TX 77046** | Line **3.12**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 | **Dorsett Johnson & Cisneros**<br>**3503 Wild Cherry Drive Building 6**<br>**Austin, TX 78738** | Line **3.11**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 | **Jenkins & Young, P.C.**<br>**P.O. Box 420**<br>**Lubbock, TX 79408** | Line **3.11**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 | **Law Office of Eric Gould**<br>**5773 Woodway Drive**<br>**Houston, TX 77057** | Line **3.12**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor      **Century Air Solutions, LLC**
            Name

Case number *(if known)* _____

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$33,215.33** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$550,567.93** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$583,783.26** |

Fill in this information to identify the case:

Debtor name          Century Air Solutions, LLC

United States Bankruptcy Court for the:

          Southern District of Texas

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    Does the debtor have any executory contracts or unexpired leases?

     ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

     ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Builder Contract |
| | | Contract to be ASSUMED |
| | **State the term remaining** | 0 months |
| | **List the contract number of any government contract** | |
| | | Ameritex Homes |
| | | 14643 Dallas Parkway Suite 775 |
| | | Dallas, TX 75254 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Builder Contract |
| | | Contract to be ASSUMED |
| | **State the term remaining** | 0 months |
| | **List the contract number of any government contract** | |
| | | Censeo Homes |
| | | 1800 Bering Drive Suite 950 |
| | | Houston, TX 77057 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Builder Contract |
| | | Contract to be ASSUMED |
| | **State the term remaining** | 0 months |
| | **List the contract number of any government contract** | |
| | | Enterra Homes, LLC |
| | | 7155 Old Katy Rd Suite N-210 |
| | | Houston, TX 77024 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Builder Contract |
| | | Contract to be ASSUMED |
| | **State the term remaining** | 0 months |
| | **List the contract number of any government contract** | |
| | | H.I.S Construction Inc |
| | | 12342 Kitty Ln |
| | | Houston, TX 77015-6622 |

Debtor    Century Air Solutions, LLC                                          Case number *(if known)* _____
          Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Builder Contract <br> Contract to be ASSUMED | JD Townsend Team <br> 17447 Country Skies <br> Magnolia, TX 77355 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Builder Contract <br> Contract to be ASSUMED | LEVELTX Corp <br> 61 Carlton Woods Building 2, Suite 2100 <br> Spring, TX 77382 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Warehouse and Office Lease <br> Contract to be ASSUMED | Boudreaux 11709 Properties, LLC <br> 9103 Emmott Road Suite 21 <br> Houston, TX 77040 |
| | State the term remaining | 11 months | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Century Air Solutions, LLC**__

United States Bankruptcy Court for the: __**Southern**__ District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Bui, Phat | 20210 Galena Falls Drive <br> Street <br><br> Tomball, TX 77375 <br> City          State          ZIP Code | Nissan Motor Acceptance Corp. | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Nissan Motor Acceptance Corp. | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Capital One Spark Card | ☐ D <br> ☑ E/F <br> ☐ G |
| | | American Express | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Wex Bank | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Chase Ink Credit Card | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Chase Ink Credit Card | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Ferguson Enterprises LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Daikin Comfort Technologies | ☐ D <br> ☑ E/F <br> ☐ G |

Official Form 206H                     **Schedule H: Codebtors**                     page 1 of __2__

| Debtor | **Century Air Solutions, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|------------------------|---|------------------------|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | Standard Supply & Distributing Co. Inc | ☐ D  ☑ E/F  ☐ G |
| | | | Winsupply of Houston | ☐ D  ☑ E/F  ☐ G |
| 2.2 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.5 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.6 | _____ | Street _____ <br> City      State      ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

---

**Fill in this information to identify the case:**

Debtor name        Century Air Solutions, LLC

United States Bankruptcy Court for the:

           Southern District of Texas

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*...................................................................................................

$0.00

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*..............................................................................................

$523,162.34

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*................................................................................................

$523,162.34

| Part 2: | Summary of Liabilities |
|---|---|

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$535,530.16

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

$33,215.33

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................

+ $550,567.93

**4. Total liabilities**......................................................................................................................

$1,119,313.42

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      Century Air Solutions, LLC

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $363,068.06 |
| **For prior year:**   From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,858,558.38 |
| **For the year before that:**   From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,171,126.58 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:**   From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:**   From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Debtor | Century Air Solutions, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. American Express <br> Creditor's name <br><br> PO Box 297817 <br> Street <br><br> Bankruptcy Unit <br><br> Fort Lauderdale, FL 33329-7817 <br> City                State      ZIP Code | 8/9/2023 | $28,207.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other Credit Card - Blue |
| 3.2. Carrier Enterprises LLC <br> Creditor's name <br><br> PO Box 730307 <br> Street <br><br><br> Dallas, TX 75373 <br> City                State      ZIP Code | 8/9/2023 | $311,673.91 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. Capital One <br> Creditor's name <br><br> PO Box 60519 <br> Street <br><br><br> City of Industry, CA 91716 <br> City                State      ZIP Code | 8/9/2023 | $12,500.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other Credit Card |
| 3.4. Nissan Motor Acceptance Corp. <br> Creditor's name <br><br> PO Box 660366 <br> Street <br><br> Bankruptcy Dept. <br><br> Dallas, TX 75266-9620 <br> City                State      ZIP Code | 8/9/2023 | $4,464.99 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.5. US Bank <br> Creditor's name <br><br> PO Box 5229 <br> Street <br><br> Bankruptcy Dept <br><br> Cincinnati, OH 45201-5229 <br> City                State      ZIP Code | 8/9/2023 | $15,958.39 | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor   Century Air Solutions, LLC                                    Case number *(if known)*
_____
        Name

3.6.   Winsupply of Houston                    8/9/2023          $24,858.07       ☐ Secured debt
       Creditor's name                                                            ☐ Unsecured loan repayments
       8708 W Little York Rd                                                      ☑ Suppliers or vendors
       Street                                                                     ☐ Services
                                                                                  ☐ Other _____
       Houston, TX 77040
       City                    State    ZIP Code

3.7.   Ally Automotive Financing               8/9/2023          $16,982.04       ☑ Secured debt
       Creditor's name                                                            ☐ Unsecured loan repayments
       P. O. Box 130424                                                           ☐ Suppliers or vendors
       Street                                                                     ☐ Services
       Attn Bankruptcy Dept                                                       ☐ Other _____
       Saint Paul, MN 55113-0004
       City                    State    ZIP Code

3.8.   Community Bank of Texas                 February 2023     $2,783.25        ☐ Secured debt
       Creditor's name                                                            ☑ Unsecured loan repayments
       5999 Delaware St                                                           ☐ Suppliers or vendors
       Street                                                                     ☐ Services
                                                                                  ☐ Other _____
       Beaumont, TX 77706-7607
       City                    State    ZIP Code

3.9.   Geothermal Geo Loop Pro                 March 2023        $6,835.00        ☐ Secured debt
       Creditor's name                                                            ☐ Unsecured loan repayments
       619 Avenue M                                                               ☑ Suppliers or vendors
       Street                                                                     ☐ Services
                                                                                  ☐ Other _____
       Huntsville, TX 77320
       City                    State    ZIP Code

3.10.  American Express                        8/9/2023          $32,923.42       ☐ Secured debt
       Creditor's name                                                            ☐ Unsecured loan repayments
       PO Box 297817                                                              ☐ Suppliers or vendors
       Street                                                                     ☐ Services
       Bankruptcy Unit                                                            ☑ Other Credit Card - Gold
       Fort Lauderdale, FL 33329-7817
       City                    State    ZIP Code

3.11.  Standard Supply and Distributing Company  8/9/2023        $5,077.70        ☐ Secured debt
       Inc.                                                                        ☐ Unsecured loan repayments
       Creditor's name                                                            ☐ Suppliers or vendors
       1431 Regal Row                                                             ☑ Services
       Street                                                                     ☐ Other _____
       Dallas, TX 75247
       City                    State    ZIP Code

3.12.  WaterFurnace International Inc.          8/9/2023          $10,275.05       ☐ Secured debt
       Creditor's name                                                            ☐ Unsecured loan repayments
       9000 Conservation Way                                                      ☐ Suppliers or vendors
       Street                                                                     ☑ Services
                                                                                  ☐ Other _____
       Fort Wayne, IN 46809
       City                    State    ZIP Code

| Debtor | Century Air Solutions, LLC | Case number *(if known)* |
|--------|----------------------------|---------------------------|
| | Name | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---------------------------|-------|----------------------|-------------------------------|
| 4.1. Bui, Phat <br> Creditor's name <br><br> 20210 Galena Falls Drive <br> Street <br><br><br> Tomball, TX 77375 <br> City      State      ZIP Code | 8/10/2023 | $17,929.09 | Owner Draws |
| **Relationship to debtor** <br> Owner | | | |
| 4.2. Anthony Bui <br> Creditor's name <br><br> 20210 Galena Falls Drive <br> Street <br><br><br> Tomball, TX 77375 <br> City      State      ZIP Code | 8/14/2023 | $9,053.03 | W-2 Employee |
| **Relationship to debtor** <br> Son of Owners | | | |
| 4.3. Jackie Bui <br> Creditor's name <br><br> 20210 Galena Falls Drive <br> Street <br><br><br> Tomball, TX 77375 <br> City      State      ZIP Code | 8/14/2023 | $25,021.88 | Insider Payments - Salary |
| **Relationship to debtor** <br> Spouse of Owner | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|----------------------------|----------------------------|------|-------------------|

| Debtor | Century Air Solutions, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**5.1.**

_____    _____    _____    _____
Creditor's name

_____
Street

_____

_____
City                State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** | | | |
| _____ | | _____ | _____ |
| Creditor's name | XXXX– __ __ __ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State    ZIP Code | | | |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1.** | Standard Supply & Distributing Co. Inc vs Century Air Solutions LLC,Phat Bui | Breach of contract | Harris County Civil Court at Law No.1<br>Name<br>201 Caroline 5th Floor<br>Street<br>Harris County Civil Courthouse<br>Houston, TX 77002<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>1197685 | | | |
| **7.2.** | Robert Madden Industries, LTD. vs. Century Air Solutions, LLC,Phat Bui | Breach of contract | Lubbock County - 72nd District Court<br>Name<br>904 Broadway Suite 320<br>Street<br>Lubbock County Courthouse<br>Lubbock, TX 79401<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>DC-2022-CV-0748 | | | |
| **7.3.** | FERGUSON ENTERPRISES LLC v CENTURY AIR SOLUTIONS LLC | Breach of contract | 333rd District Court, Harris County<br>Name<br>201 Caroline St 14 Floor<br>Street<br>Houston, TX 77002<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>202323568 | | | |

Debtor    Century Air Solutions, LLC                                        Case number *(if known)*
          _____
          Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State     ZIP Code | | |
| | Date of order or assignment | City          State     ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:**  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

| Debtor | Century Air Solutions, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 6:** | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | The Lane Law Firm | Attorney's Fee | 01/19/2023 | $10,000.00 |
| | **Address** | Attorney's Fee | 04/25/2023 | $15,000.00 |
| | 6200 Savoy Dr Ste 1150<br>Street | Attorney's Fee | 08/02/2023 | $5,000.00 |
| | Houston, TX 77036-3369<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | billing@lanelaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor  Century Air Solutions, LLC                                    Case number *(if known)*
        Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |

Street

_____

City                    State    ZIP Code

| Relationship to debtor |
|---|
| |

_____

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | 17610 Hufsmith - Kohrville Rd | From   May 2018   To   January 31, 2022 |
| | Street | |
| | Tomball, TX 77375 | |
| | City           State    ZIP Code | |
| 14.1. | 11709 Boudreaux Road Suite 720 | From   01/01/2022   To   07/01/2023 |
| | Street | |
| | Tomball, TX 77375 | |
| | City           State    ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor    Century Air Solutions, LLC                                    Case number *(if known)* _____
          Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____  Facility name _____  Street _____  City          State      ZIP Code | _____ _____  **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____  **How are records kept?**  *Check all that apply:*  ☐ Electronically  ☐ Paper |

---

## Part 9:   Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1   Community Bank/Stellar Bank  Name _____  Street _____  _____  City          State   ZIP Code | XXXX– 5  5  6  8 | ☑ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other  _____ | _____ | $0.00 _____ |

---

Debtor   Century Air Solutions, LLC                                    Case number *(if known)*
         Name

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | Address | | | |
| | City          State    ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | Address | | | |
| | City          State    ZIP Code | | | |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 12:**   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   Century Air Solutions, LLC _____   Case number *(if known)* _____
      Name

■    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City     State    ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State   ZIP Code | City    State   ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State   ZIP Code | City    State   ZIP Code | | |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    Century Air Solutions, LLC                                    Case number *(if known)*
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City         State      ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Ideal Bookkeeping & Payroll Solutions<br>Name<br><br>25014 Bovington Drive<br>Street<br><br><br>Spring, TX 77389<br>City                              State              ZIP Code | February<br>From 2021        To April 2022 |
| **Name and address** | **Dates of service** |
| 26a.2. Megan Peek<br>Name<br><br>11709 Boudreaux Road Suite 720<br>Street<br><br><br>Tomball, TX 77375<br>City                              State              ZIP Code | From April 2022 To 08/07/2022 |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Innovation Refunds<br>Name<br><br>4350 Westown Pkwy Regency West 8 Ste 300<br>Street<br><br><br>West Des Moines, IA 50266<br>City                              State              ZIP Code | October<br>From 2022        To Present |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Jackie Lu<br>Name<br><br>11709 Boudreaux Road Suite 720<br>Street<br><br><br>Tomball, TX 77375<br>City                              State              ZIP Code | _____<br>_____<br>_____ |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 12

Debtor    Century Air Solutions, LLC
          _____        Case number (if known) _____
          Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Haley Nguyen - Nguyen CPA Firm | _____ |
|  | Name | _____ |
|  | 16310 Tomball Pkwy #403 | _____ |
|  | Street | |
|  | _____ | |
|  | Houston, TX 77064 | |
|  | City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

|  | Name and address |
|---|---|
| 26d.1. | Community Bank of Texas/Stellar Bank |
|  | Name |
|  | 5999 Delaware St |
|  | Street |
|  | |
|  | Beaumont, TX 77706-7607 |
|  | City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Vernon Beck | 09/21/2022 | $221,458.53 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| 11709 Boudreaux Road Suite 720 |
| Street |
| |
| Tomball, TX 77375 |
| City          State          ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Vernon Beck | 02/22/2023 | $160,713.03 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. |
| Name |
| 11709 Boudreaux Road Suite 720 |
| Street |
| |
| Tomball, TX 77375 |
| City          State          ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    Century Air Solutions, LLC                                    Case number *(if known)*
          Name

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Bui, Phat | 20210 Galena Falls Drive Tomball, TX 77375 | Manager, | 100.00% |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | From _____ <br> To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. Bui, Phat <br> Name <br><br> 20210 Galena Falls Drive <br> Street <br><br> Tomball, TX 77375 <br> City          State     ZIP Code | $17,929.09 | 8/10/2023 | Owner Draws |

| Relationship to debtor |
|------------------------|
| Owner |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.2. Anthony Bui <br> Name <br><br> 20210 Galena Falls Drive <br> Street <br><br> Tomball, TX 77375 <br> City          State     ZIP Code | $9,053.03 through 8/14/2023 | 8/14/2023 | Salary |

| Relationship to debtor |
|------------------------|
| Son of Owners |

Debtor    Century Air Solutions, LLC
          Name                                                              Case number (if known)

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. Jackie Bui | $25,021.88 through 8/14/2023 | 8/14/2023 | Insider payments |
| Name | | | |
| 20210 Galena Falls Drive | | | |
| Street | | | |
| | | | |
| Tomball, TX 77375 | | | |
| City                State          ZIP Code | | | |

| Relationship to debtor |
|---|
| Spouse of Owner |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____08/17/2023____
              MM/ DD/ YYYY

X /s/ Phat Bui                                    Printed name _____ Phat Bui _____
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____ Manager _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

```
Fill in this information to identify the case:

Debtor name            Century Air Solutions, LLC

United States Bankruptcy Court for the:
                       Southern District of Texas

Case number (if known): _____
```

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express Bankruptcy Unit PO Box 297817 Fort Lauderdale, FL 33329-7817 | | Credit Card | | | | $11,254.11 |
| 2 | Capital One Spark Card P.O. Box 60519 City of Industry, CA 91716 | | Credit Card | | | | $11,156.27 |
| 3 | Carrier Enterprises LLC PO Box 730307 Dallas, TX 75373 | | Vendor or Supplier | Disputed | | | $29,729.44 |
| 4 | Chase Ink Credit Card P.O. Box 6294 Carol Stream, IL 60197 | | Credit Card | | | | $35,504.95 |
| 5 | Chase Ink Credit Card PO Box 6294 Carol Stream, IL 60197 | | Credit Card | | | | $34,046.76 |
| 6 | Community Bank of Texas 5999 Delaware St Beaumont, TX 77706-7607 | | Business Loan | | | | $431,926.82 |
| 7 | Community Bank of Texas 5999 Delaware St Beaumont, TX 77706-7607 | | SBA Loan | | | | $25,923.38 |
| 8 | Community Bank of Texas 5999 Delaware St Beaumont, TX 77706-7607 | | 2021 Chevy G350 Van | | $40,911.94 | $23,450.00 | $17,461.94 |

Debtor _____Century Air Solutions, LLC_____      Case number *(if known)* _____
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Daikin Comfort Technologies PO Box 660503 Dallas, TX 75266 | | Vendor or Supplier | Disputed | | | $23,897.67 |
| 10 | Ferguson Enterprises LLC PO Box 847411 Dallas, TX 75284 | | Vendor or Supplier | | | | $14,646.26 |
| 11 | iHeartMedia Inc. 20880 Stone Oak Parkway San Antonio, TX 78258 | | Advertising | Disputed | | | $19,391.87 |
| 12 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Payroll Taxes | | | | $33,215.33 |
| 13 | Jackson Supply Co. 6655 Roxburgh Dr. Suite #100 Houston, TX 77041 | | Vendor or Supplier | Disputed | | | $58,746.76 |
| 14 | Lennox International, Inc. 2100 Lake Park Blvd. Richardson, TX 75080 | | Vendor or Supplier | | | | $728.17 |
| 15 | Robert Madden Industries, LTD 6021 43rd Street Lubbock, TX 79407 | | Vendor or Supplier | Disputed | | | $91,484.07 |
| 16 | Standard Supply & Distributing Co. Inc 1431 Regal Row Dallas, TX 75247 | | Vendor or Supplier | | | | $25,952.38 |
| 17 | Wex Bank P.O. Box 4337 Carol Stream, IL 60197 | | Credit Card | | | | $5,332.10 |
| 18 | Winsupply of Houston 8708 W Little York Rd Houston, TX 77040 | | Vendor or Supplier | Disputed | | | $188,697.12 |
| 19 | | | | | | | |
| 20 | | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**    Century Air Solutions, LLC

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    $47,500.00

Prior to the filing of this statement I have received ................................................................    $25,000.00

Balance Due ............................................................................................................................    $22,500.00

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 08/17/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Century Air Solutions, LLC**                                                                 CASE NO

                                                                                                                    CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 08/17/2023 _____        Signature _____        /s/ Phat Bui _____

                                                                                                Phat Bui, Manager

AMERICAN EXPRESS
BANKRUPTCY UNIT
PO BOX 297817
FORT LAUDERDALE, FL 33329-7817


AMERITEX HOMES
14643 DALLAS PARKWAY SUITE 775
DALLAS, TX 75254


BARNETT & GARCIA
3821 JUNIPER TRACE SUITE 108
AUSTIN, TX 78738


BOUDREAUX 11709
PROPERTIES, LLC
9103 EMMOTT ROAD SUITE 21
HOUSTON, TX 77040


PHAT BUI
20210 GALENA FALLS DRIVE
TOMBALL, TX 77375


CAPITAL ONE SPARK CARD
P.O. BOX 60519
CITY OF INDUSTRY, CA 91716


CARRIER ENTERPRISES LLC
PO BOX 730307
DALLAS, TX 75373


CENSEO HOMES
1800 BERING DRIVE SUITE 950
HOUSTON, TX 77057

CENTURY AIR SOLUTIONS,
LLC
11709 BOUDREAUX ROAD STE. 630
TOMBALL, TX 77375


CHASE INK CREDIT CARD
P.O. BOX 6294
CAROL STREAM, IL 60197


CHASE INK CREDIT CARD
PO BOX 6294
CAROL STREAM, IL 60197


COMMUNITY BANK OF TEXAS
5999 DELAWARE ST
BEAUMONT, TX 77706-7607


DAIKIN COMFORT
TECHNOLOGIES
PO BOX 660503
DALLAS, TX 75266


DIAB LAW FIRM, PLLC
12 GREENWAY PLZ STE 1100
HOUSTON, TX 77046


DORSETT JOHNSON &
CISNEROS
3503 WILD CHERRY DRIVE BUILDING 6
AUSTIN, TX 78738


ENTERRA HOMES, LLC
7155 OLD KATY RD SUITE N-210
HOUSTON, TX 77024

FERGUSON ENTERPRISES LLC
PO BOX 847411
DALLAS, TX 75284


H.I.S CONSTRUCTION INC
12342 KITTY LN
HOUSTON, TX 77015-6622


IHEARTMEDIA INC.
20880 STONE OAK PARKWAY
SAN ANTONIO, TX 78258


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JACKSON SUPPLY CO.
6655 ROXBURGH DR. SUITE #100
HOUSTON, TX 77041


JD TOWNSEND TEAM
17447 COUNTRY SKIES
MAGNOLIA, TX 77355


JENKINS & YOUNG, P.C.
P.O. BOX 420
LUBBOCK, TX 79408


LAW OFFICE OF ERIC GOULD
5773 WOODWAY DRIVE
HOUSTON, TX 77057

LENNOX INTERNATIONAL,
INC.
2100 LAKE PARK BLVD.
RICHARDSON, TX 75080


LEVELTX CORP
61 CARLTON WOODS BUILDING 2, SUITE
2100
SPRING, TX 77382


NISSAN MOTOR ACCEPTANCE
CORP.
BANKRUPTCY DEPT.
PO BOX 660366
DALLAS, TX 75266-9620


ROBERT MADDEN
INDUSTRIES, LTD
6021 43RD STREET
LUBBOCK, TX 79407


STANDARD SUPPLY &
DISTRIBUTING CO. INC
1431 REGAL ROW
DALLAS, TX 75247


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


WEX BANK
P.O. BOX 4337
CAROL STREAM, IL 60197


WINSUPPLY OF HOUSTON
8708 W LITTLE YORK RD
HOUSTON, TX 77040

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for
Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
.

2. The following financial data is the latest available information and refers to the debtor's condition on                                        .

   a. Total assets                                    $523,162.34

   b. Total debts (including debts listed in 2.c., below)    $1,119,313.42

   c. Debt securities held by more than 500 holders

Approximate
number of
holders:

secured ☐   unsecured ☐   subordinated ☐

secured ☐   unsecured ☐   subordinated ☐

secured ☐   unsecured ☐   subordinated ☐

secured ☐   unsecured ☐   subordinated ☐

secured ☐   unsecured ☐   subordinated ☐

   d. Number of shares of preferred stock

   e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business      HVAC: Heating, Air Condition Installation, Repair and Maintenance

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name _____Century Air Solutions, LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/17/2023___            **X** _/s/ Phat Bui_____
         MM/ DD/ YYYY                       Signature of individual signing on behalf of debtor

                                         _Phat Bui_____
                                         Printed name

                                         _Manager_____
                                         Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

IN RE: **Century Air Solutions, LLC**                                    CASE NO

                                                                          CHAPTER **11**


## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES


## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐     *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
       I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I
       am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the
       relief available under each chapter, and choose to proceed under chapter 7.

☑     *[Only include if petitioner is a corporation, partnership or limited liability company]* --
       I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists,
       statements, and schedules on behalf of the debtor in this case.

Date                          _____ /s/ Phat Bui _____
08/17/2023                    Phat Bui
                              Manager
                              EIN No.   3  8  9  8


## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date                          _____ /s/ Robert C Lane _____
08/17/2023                    Robert C Lane
                              Attorney