## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Main Case No: 23-33123 | Name of Debtor: Century Air Solutions, LLC |
|  |  |
|  |  |
|  |  |
| Witness(es):<br>  1.  Phat Bui | Judge: Eduardo V. Rodriguez |
|  | Courtroom Deputy: Ana Castro |
|  | Hearing Date: August 18, 2023 |
|  | Hearing Time: 1:30 PM |
|  | Party's Name: Century Air Solutions, LLC |
|  | Attorney's Name: Robert "Chip" Lane and Joshua Gordon |
|  | Attorney's Phone: 713-595-8200 |
|  | Nature of Proceeding: Emergency Hearing on Motion for Use of Cash Collateral |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | **Emergency Motion for Authority to Use Cash Collateral (Docket No. 5)** |  |  |  |  |
| 1 | 14-day and 30-day Budget |  |  |  |  |
| 2 | Pos 1 – Community Bank of Texas, N.A. aka Stellar Bank |  |  |  |  |
| 3 | UCC Lien Search List |  |  |  |  |
| 4 | Schedules A/B with Summary |  |  |  |  |
| 5 | Schedule D |  |  |  |  |

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the Witness and Exhibit List and attached Exhibits was served to the parties listed below via electronic notice by the court's ECF noticing system and by e-mail on August 17, 2023:

Debtor:
Century Air Solutions, LLC
11709 Boudreaux Road
Suite 720
Tomball, TX 77375

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice will be electronically mailed to:

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Christopher Ross Travis on behalf of U.S. Trustee US Trustee
C.Ross.Travis@usdoj.gov

Additional Electronic Notice sent via email:

Community Bank of Texas aka Stellar Bank at Steve.Mitchell@stellar.bank

                                            */s/ Robert C. Lane*
                                            Robert C. Lane